**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Palo Verde Acquisitions, LLC, an Arizona limited liability company, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Larry D. Willis, et al., ) <br> ) <br> Defendants. ) <br> ) | No. CV-05-2063-PHX-DGC <br><br> **ORDER** |

Pending before the Court is Plaintiff's Emergency Motion to Remand to State Court. *See* Doc. #4. Defendants have acknowledged that remand of this case is appropriate. *See* Doc. #16. Plaintiff asks that the Court enter default judgment in its favor and impose sanctions on Defendants prior to remanding the case to state court. *See* Doc. #19. Because factual issues preclude the Court from granting default or awarding sanctions, the Court will remand the case and deny all other pending motions as moot.

**IT IS HEREBY ORDERED:**

1. Plaintiff's Emergency Motion to Remand to State Court (Doc. #4) is **granted.**

2. Plaintiff's Emergency Motion for Ruling re Remand, Entry of Default & Sanctions (Doc. #19) is **granted**.

3. All other pending motions in this case are **denied as moot**.

1   DATED this 24th day of October, 2005.

*David G. Campbell*
David G. Campbell
United States District Judge